UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HURTADO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVID B. LONG,<br><br>　　　　Respondent. | CASE NO. CV 14-1714-GW (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: March 21, 2014.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\LA14CV1714GW-J.wpd